PD-0887-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/3/2016 9:58:18 AM
Accepted 6/3/2016 10:12:26 AM
ABEL ACOSTA
CLERK

BELINDA HILL
FIRST ASSISTANT



**DEVON ANDERSON**
**DISTRICT ATTORNEY**
**HARRIS COUNTY, TEXAS**

FILED IN
COURT OF CRIMINAL APPEALS

June 3, 2016

June 3, 2016

ABEL ACOSTA, CLERK

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308 - Capitol Station
Austin, TX 78711

**RE: GAREIC JERARD HANKSTON v. THE STATE OF TEXAS**

**CCA No. PD-0887-15**
**Trial Court Case No. 1326559**

Dear Mr. Acosta:

I plan to present oral argument in the above case on Wednesday, June 15, 2016 at 9:00 AM.

A copy of this notice is being sent to the attorney of record.

Sincerely,

/s/ Eric Kugler

**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
(713) 274-5826

cc:    Angela L. Cameron
       Harris County Public Defender's Office
       1201 Franklin - 13th Floor
       Houston, TX 77002